# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

DENNY RAY POLK                                                            PLAINTIFF

v.                                         Civil No. 1:22-cv-01016

COMMISSIONER, SOCIAL                                     DEFENDANT
SECURITY ADMINISTRATION

## ORDER

      Plaintiff has submitted a Complaint for filing in this District, together with a request for leave to proceed *in forma pauperis*. ECF No 4.   After review, it is found that Plaintiff is unable to pay for the costs for commencement of suit, and accordingly,

      **IT IS HEREBY ORDERED**  Plaintiff's Motion For Leave to Proceed *in forma pauperis* **GRANTED**.  Additionally, the Court hereby directs that a copy of the Complaint filed herein, along with a copy of this Order, be served by the Plaintiff by certified Mail, return receipt requested, on the Defendant, Commissioner, Social Security Administration, the U.S. Attorney General, and the Assistant U.S. Attorney, without prepayment of fees and costs or security therefore.  The Defendant is Ordered to answer within sixty (60) days from the date of service.

      **IT IS SO ORDERED** this 29th day of March 2022.


                                                                          /s/ *Barry A. Bryant*
                                                                    HON. BARRY A. BRYANT
                                                                    U.S. MAGISTRATE JUDGE